UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

---

JEREMY GREY,

    Plaintiff,

v.                                                                         No. 2:21-cv-2328

COLUMBIA DEVELOPMENT
PARTNERS,

    Defendant.

---

## NOTICE OF SETTLEMENT

---

    Plaintiff, JEREMY GREY, and Defendant, COLUMBIA DEVELOPMENT PARTNERS, hereby give notice that the parties have reached a tentative settlement, subject to approval of the settlement documents and final terms. Upon executing approved settlement documents, the parties will file the necessary paperwork to dismiss the case with prejudice.

    Respectfully submitted this 29th day of November, 2021.

                                                                      RESPECTFULLY SUBMITTED;

*/s/ J. Luke Sanderson*
J. LUKE SANDERSON #35712
Attorney for Plaintiff
208 Adams Avenue
Memphis, Tennessee 38103
(901) 523-1844 – phone
(901) 523-1857 – fax
luke@wcwslaw.com

*/s/ Brian L. Yoakum*
Brian L. Yoakum #24811
*Attorney for Defendant*
1715 Aaron Brenner Drive, Suite 800
Memphis, Tennessee 38120
901-525-6781
byoakum@evenspetree.com