# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JEREMY GREY, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) No. 2:21-cv-2328-SHL-cgc |
| | ) |
| COLUMBIA DEVELOPMENT PARTNERS, | ) |
|     Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on a Complaint (ECF No. 1), filed May 21, 2021,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal (ECF No. 27) filed January 6, 2022, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims by Plaintiffs against Defendant are hereby **DISMISSED WITH PREJUDICE.**

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

January 6, 2022
Date